RUTH E. COHEN, as Administratrix of the Estate of ABRAHAM M. COHEN, Deceased, Appellant, *v.* HARMON NATIONAL REAL ESTATE CORPORATION, Respondent.

(Argued June 9, 1933; decided July 11, 1933.)

*Michael M. Helfgott* for appellant.

*Bertram G. Eadie, William E. Lyons* and *Barnett Cohen* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.